UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re:
BETSEY WARREN LEBBOS,
          Debtor.
_____/
BETSEY WARREN LEBBOS,          No. 2:08-cv-00680-MCE

          Appellant,

     v.                        NON-RELATED CASE ORDER

LINDA SCHUETTE,

          Appellee.
_____/
BETSEY WARREN LEBBOS,          No. 2:08-cv-1896-FCD

          Appellant,

     v.

LINDA SCHUETTE,

          Appellee.
_____/
BETSEY WARREN LEBBOS,          No. 2:08-cv-01726-FCD

          Appellant,

     v.

LINDA SCHUETTE,

          Appellee.
_____/
```

1

|   |   |
|---|---|
| 1 | The Court has received the Notice of Related Cases |
| 2 | concerning the above-captioned cases filed August 18 and 19, |
| 3 | 2008.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997). |
| 4 | The Court has determined, however, that it is inappropriate to |
| 5 | relate or reassign the cases, and therefore declines to do so. |
| 6 | This Order is issued for informational purposes only, and shall |
| 7 | have no effect on the status of the cases, including any previous |
| 8 | Related (or Non-Related) Case Order of this Court. |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: October 29, 2008 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE